**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIC LAMONT HARRIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| ERIC LAMONT HARRIS, | No.   2:15-cv-01067-AC |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 30, 2015.

  This extension is requested because of a combination of work and the vacation schedule, and the need to review certain facts outside the record of this case with the client, relating to the death of Mr. Harris.

[Pleading Title] - 1

Dated: November 25, 2015               /s/    Jesse S. Kaplan
                                       JESSE S. KAPLAN
                                       Attorney for Plaintiff


Dated: November 25, 2015                 /s/ per e-mail authorization

                                       SUNDEEP PATEL
                                       Special Assistant U.S. Attorney
                                       Attorney for Defendant


## ORDER

   For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to December 30, 2015.

   SO ORDERED.


Dated:  December 2, 2015

                                       _____
                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2