**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIC LAMONT HARRIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| ERIC LAMONT HARRIS, | No.   2:15-cv-01067-AC |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 18, 2016.

This second extension is requested because it is still necessary to review certain facts outside the record of this case with the client, relating to the death of Mr. Harris and possibly to do so with opposing counsel.

[Pleading Title] - 1

Dated:   January 4, 2016                                  /s/   *Jesse S. Kaplan*
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff


Dated: January 4, 2016                                     */s/ per e-mail authorization*

                                                          SUNDEEP PATEL
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Defendant


## **ORDER**

   For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to January 18, 2016.

   SO ORDERED.


Dated:  January 5, 2016

                                                          _____
                                                          ALLISON CLAIRE
                                                          UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2