**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ERIC LAMONT HARRIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| ERIC LAMONT HARRIS, | No.   2:15-cv-01067-AC |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to February 22, 2016.

  This still further extension is requested because, after plaintiff's second extension expired, the parties considered whether alternatives existed to resolve the case but did not reach agreement. These extensions arise from circumstances relating to the death of Mr. Harris.

[Pleading Title] - 1

Dated:  January 27, 2016                         /s/   *Jesse S. Kaplan*
                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff


Dated: January 27, 2016                           */s/ per e-mail authorization*

                                                 SUNDEEP PATEL
                                                 Special Assistant U.S. Attorney
                                                 Attorney for Defendant


## **ORDER**

    For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to February 22, 2016.

    SO ORDERED.


Dated: January 29, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2