UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI I. HARRIS for ERIC LAMONT HARRIS,<br><br>             Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>             Defendant. | No.  2:15-cv-1067 AC<br><br><br>ORDER |

On May 19, 2015, this Court ordered that within ninety (90) days, "all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment." ECF No. 6-1. That ninety day period has since expired and plaintiff has not responded in any way to the court's order.

Accordingly, IS HEREBY ORDERED, that within seven (7) days of this order, counsel for plaintiff shall Show Cause why sanctions should not be imposed for this failure to comply with the court's order.

DATED: July 11, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE