1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHERRI I. HARRIS for ERIC LAMONT              No.  2:15-cv-1067 AC
      HARRIS,
12
                          Plaintiff,
13                                                  ORDER
                  v.
14
      CAROLYN W. COLVIN, Commissioner
15    of the Social Security Administration,

16                        Defendant.

17

18          The court has reviewed the Response of plaintiff's counsel to the July 11, 2016 Order to

19    Show Cause ("OSC").  ECF No. 20 (OSC), 21 (Response).  Moreover, plaintiff has now filed the

20    required form to consent or decline to consent to the magistrate's jurisdiction.  ECF No. 22.

21          The Response also states that plaintiff's counsel "is sending a check for sanctions in the

22    sum of $250 to the Clerk in today's mail," even though the court has not ordered sanctions.

23    Counsel is advised that he need not pay a sanction until it is ordered.  Counsel is further advised

24    that in the event he is sanctioned, he will not determine the amount, the court will make that

25    determination.

26          For good cause shown, IT IS HEREBY ORDERED that:

27          1.  The Order To Show Cause (ECF No. 21) is hereby DISCHARGED in its entirety;

28
                                                    1

1   2.  The Clerk of the Court shall refund plaintiff's counsel the $250.00 received on July 18,

2 2016, in connection with the OSC dated July 11, 2016.

3 DATED: July 20, 2016

4               _____

                 ALLISON CLAIRE

5                 UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28